Third Department, September, 1939.

(September 11, 1939.)

In the Matter of the Claim of HANCHER TRENKA, Appellant, against PARK LANE HOTEL and ÆTNA LIFE INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied. Cross-motion to have appeal heard on typewritten record granted. Case to be disposed of at term of this court commencing October 30, 1939. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

(September 13, 1939.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE BENNETT, Relator, v. WILLIAM E. SNYDER, as Warden and Agent of Clinton Prison, Respondent.— Motion denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Application of ARTHUR S. COWEN and Others, Petitioners, Respondents, for an Order Pursuant to Article 78 of the Civil Practice Act, against GRACE A. REAVY and Others, Constituting the Civil Service Commission of the State of New York, Appellants.— Motion by the New York State Bar Association for permission to appear and file, through its attorney, a brief amicus curiæ. Motion granted. Hill, P. J., Crapser, Bliss and Heffernan, JJ.. concur; Schenck, J., not sitting.

In the Matter of the Claim of MILLICENT E. CRONERT and MARILYN CRONERT, Appellants, against GRIFFITH TIRE & RUBBER COMPANY and GREAT AMERICAN INDEMNITY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for extension of time of appellants to perfect appeal granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BLAIR S. DIXON, Appellant.— Motion for permission to submit appeal in longhand granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of CLARENCE EMPIE, Respondent, against ARTHUR COSSART, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for permission to place case on current calendar denied, without costs, with leave to renew following any further determination in the premises by the State Industrial Board. Hill, P. J., Crapser, Heffernan and Schenck, JJ., concur; Bliss, J., taking no part. [See post, p. 1083.]

In the Matter of the Claim of JULIUS RAUH, Appellant, against WESTERN UNION TELEGRAPH COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for permission to appeal on typewritten papers, and to have original record furnished by the State Industrial Board for the purpose of the appeal. Motion granted, with ten dollars costs to the claimant. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.